| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE | |
|---|---|---|---|
| **HERIBERTO NIEVES-ALONZO**<br>**CALDWELL AVENUE #42**<br>**BRONX, NY 10455** | NAME OF SENTENCING JUDGE<br>**Hon. José A. Fusté** | | |
| | DATES OF SUPERVISED RELEASE | FROM<br>09/27/2006 | TO<br>09/26/2013 |

OFFENSE

    21 U.S.C. § 846 - Conspiracy to distribute narcotics

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the DISTRICT OF NEW JERSEY upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____      _____
Date      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/22/08      _____
Effective Date      United States District Judge

Certified as a true copy on
This Date: _____
By _____
( ) Clerk
( ✓ ) Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

REPLY TO: NEWARK

DATE: July 23, 2008

150 Federico Degetau Federal Bldg
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

Re:   U.S.A. -v- Heriberto Nieves-Alonzo
      Our Docket No. 08-511 (FSH)
      Your Docket No. G 07-284 -s (JAF)

Dear Clerk,

In compliance with the Transfer of Jurisdiction Order (Prob. 22 Form) enclosed, please forward certified copies of the following documents:

1) Indictment/Information/Complaint
2) Judgment
3) Docket Sheet
4) Probation Transfer Order

Very truly yours,
WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk

Enclosure

cc:   U.S. Probation
      File