# UNITED STATES DISTRICT COURT

**DISTRICT OF PUERTO RICO**
**FEDERICO DEGETAU FEDERAL BLDG. - RM. 150**
**CARLOS CHARDON AVE.**
**HATO REY, PUERTO RICO 00918-1767**

FRANCES RIOS DE MORAN    TEL. (787) 772-3012
CLERK    FAX (787) 766-5693

July 31, 2008

William T. Walsh
Clerk of Court
M.L. King Jr. Federal Bldg. &
U.S. Courthouse
50 Walnut St. PO Box 419
Newark, NJ 07101-0419

Re: Cr. No. 97-284-5 (JAF)
USA v. Heriberto Nieves-Alonzo

Dear Mr. Walsh:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on July 28, 2008 we enclose the following documents:

1. Certified copy of Superseding Indictment filed on 7/15/98 (Dkt #91).

2. Certified copy of Judgment filed on 7/16/01 (Dkt. #1390).

3. Certified copy of Transfer of Jurisdiction Order filed on 7/28/08 (Dkt. #1714).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Rebecca Agostini-Viana
Court Operations Manager

Enc.