**Transfer Documents**
2:08-cr-00511-FSH USA v. NIEVES-ALONZO **CASE CLOSED** on 07/22/2008
CLOSED

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 8/12/2008 at 10:13 AM EDT and filed on 8/12/2008
**Case Name:**       USA v. NIEVES-ALONZO
**Case Number:**     2:08-cr-511
**Filer:**
**Document Number:** 3

**Docket Text:**
**TRANSFER OF JURISDICTION as to HERIBERTO NIEVES-ALONZO. Received certified copies of indictment, judgment and docket sheet from District of Puerto Rico (jn2, )**


2:08-cr-511-1 Notice has been electronically mailed to:

2:08-cr-511-1 Notice will not be electronically mailed to::

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/12/2008] [FileNumber=2874853-0
] [5ec112c244f0f90c9f8fd55901c904c964e22e5460fdca74a92752aa42665539a5d
15940ea9aeaf0b30f18a5c28fae137faf1a5689b9fad0da1284752c7fdaa6]]